# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:93CR124-09 |
| RAMONA BRANT ) | USM No: 11205-058 |
| Date of Previous Judgment: February 2, 1995 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**   ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 43            Amended Offense Level: 43
Criminal History Category: I          Criminal History Category: I
Previous Guideline Range: Life to Life months   Amended Guideline Range: Life to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as the defendant was held accountable for more than 4.5 kilograms of cocaine base {§2D1.1Commentary, Application Note No. 10(D)(ii)(I)}.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated February 2, 1995, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 27, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge